AMEEN K. MALOUF, Respondent, v. JOSEPH MANDOUR, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAILY FILM DELIVERY CO., INC., Appellant, v. JULIUS LEVY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE DURHAN, Appellant, v. WILLIAM KENNELLY, INC., Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAULINE DWAN, Respondent, v. ALLAN DWAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM M. HELPRIN, Respondent, v. EMILIO DI BIANCO, Appellant. GEORGE D. HOFMANN, Respondent, v. EMILIO DI BIANCO, Appellant, and WILLIAM HELPRIN, Respondent. JOSEPH J. LANN and MELVILLE S. WIEN, Respondents, v. EMILIO DI BIANCO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN V. SCHAEFER CONSTRUCTION CORPORATION, Respondent, v. CHARLES GOLD, Appellant.— Order so far as appealed from modified by striking therefrom the words " but without the counterclaim set forth in the proposed amended answer," and as so modified affirmed, without costs, with leave to defendant to serve an amended answer within ten days from service of order upon payment of the costs awarded to the plaintiff by the order appealed from. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE SCHILDKRAUT, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order modified as directed in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Supplementary Proceedings: RENA ARVINE, Judgment Creditor, Respondent, v. ELLA M. O'KANE, Judgment Debtor, Appellant, and E. M. KANE CO., INC., Judgment Debtor.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EVERETT GORDON REED v. LOUIS J. CASTELLANO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 8, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE A. SMITH v. REGINALD FRANCIS and Others.— Motion to dismiss appeal granted as to respondent Charles C. Evans, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALDEN S. CONDICT v. FENTON B. TURCK and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.